IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-00716-REB-MEH

KATHERYN L. SHEPHERD,

    Plaintiff,

v.

PRUDENTIAL INSURANCE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 29, 2014.**

    In light of the settlement of this matter (docket #29), Defendant's Motion to Dismiss Plaintiff's Complaint [filed June 9, 2014; docket #7] is **denied without prejudice** to re-filing if, for some reason, the settlement of this matter is not fully concluded.