IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No. 1:14-cv-00716** | **FTR − Courtroom A501** |
| **Date: September 6, 2014** | Molly Davenport, Courtroom Deputy |

KATHERYN L SHEPHERD
        Plaintiff,

v.

PRUDENTIAL INSURANCE

      Defendant.                                           Christopher Busey, by telephone

DONALD SHEPHERD

      Interested Party                              Donald Shepherd, *pro se*

---

## COURTROOM MINUTES/MINUTE ORDER

---

**STATUS CONFERENCE**

**Court in session:   9:43 a.m.**

The Court calls case.   Appearance of counsel.

Discussion regarding Donald Shepherd as the proper plaintiff in this case.

ORAL MOTION by Donald Shephard to be substituted as the plaintiff in this case in his capacity as the Administrator for the estate of Katheryn Shepherd.   GRANTED

**Court in recess:   9:55  a.m.**       (Hearing concluded)
Total time in court:    00:12

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.